UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X
ZONGTEX INTERNATIONAL                             14 CV 5780
CORPORATION,                                      OETKEN, J.
                Plaintiff,

  -against-
                                            **NOTICE OF MOTION**

JESE APPAREL LLC, SILVERWEAR USA
and JAY WEITZMAN,
                Defendants.
———————————————————————X

SIRS:

      PLEASE TAKE NOTICE THAT, upon the attached Memorandum of Law in Support of Defendants' Motion to Dismiss the Second through Fifth Causes of Action of Plaintiff's Complaint and the accompanying exhibits thereto, Defendants JESE Apparel LLC, Silverwear-USA and Jay Weitzman, will move this Court, before the Honorable J. Paul Oetken, United States District Judge for the Southern District of New York, on October 28, 2014 at 2:00 p.m. at the United States Courthouse for the Southern District of New York located at 40 Centre Street (Foley Square), Courtroom 706, New York, New York 10007, or as soon thereafter as counsel may be heard, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's Second through Fifth Causes of Action with prejudice for failure to state a cause of action. The basis for the motion is set forth in the accompanying memorandum of law.

Dated: New York, New York
       September 15, 2014

                                              Respectfully submitted,

                                              MITCHELL TROYETSKY, ESQ (MT1554)
                                              Attorney for Defendants
                                              JESE Apparel LLC, Silverwear-USA and
                                              Jay Weitzman
                                              185 Madison Avenue, 8th Floor
                                              New York, New York 10016
                                              (212) 447-6207

Case No.: 14 CV 5780
OETKEN, J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZONGTEX INTERNATIONAL CORPORATION,

                Plaintiff,

   -against-

JESE APPAREL LLC, SILVERWEAR USA
and JAY WEITZMAN,

                Defendants.

---

NOTICE OF MOTION

---

Signature (Rule 130-1.1-a)

*[signature]*

Mitchell Troyetsky, Esq.

---

**MITCHELL TROYETSKY, ESQ.**
Attorney for Defendants
JESE Apparel LLC, Silverwear USA
and Jay Weitzman
185 Madison Avenue, 8th Floor
New York, New York 10016
(212) 447-6206